

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2021

No. 04-21-00432-CV

Alejandro **CEPEDA**,
Appellant

v.

**KOZA HOME SOLUTIONS**, LLC, Hector Santos, Legend Title and Abstract, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVF-000579-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

**O R D E R**

Appellant's motion for extension of time is GRANTED. Appellant's brief is due January 18, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court